ACCEPTED
05-14-01342-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 2:04:43 PM
LISA MATZ
CLERK

## No. 05-14-01342-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 2:04:43 PM
LISA MATZ
Clerk

**IN THE**
**FIFTH DISTRICT COURT OF APPEALS OF TEXAS**
**AT DALLAS**

_BAYLOR UNIVERSITY MEDICAL CENTER,_

**APPELLANT,**

_v._

_MARY GREESON,_

**APPELLEE**

**FROM THE**
**44TH JUDICIAL DISTRICT COURT**
**OF DALLAS COUNTY, TEXAS**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason P. Steed of Bell Nunnally & Martin LLP, whose information appears below, enters his appearance in this matter as additional counsel of record for Appellant Baylor University Medical Center.

1

Jason P. Steed
Texas Bar No. 24070671
jsteed@bellnunnally.com
Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75201
(214) 740-1400 – Telephone
(214) 740-1499 – Facsimile

Respectfully submitted,

**BELL NUNNALLY & MARTIN LLP**

By:  */s/ Jason P. Steed*
    Jay M. Wallace
    Texas Bar No. 20769200
    jwallace@bellnunnally.com
    Heather B. New
    Texas Bar No. 24007642
    hnew@bellnunnally.com
    Alana K. Ackels
    Texas Bar No. 24066760
    aackels@bellnunnally.com
    Jason P. Steed
    Texas Bar No. 24070671
    jsteed@bellnunnally.com

3232 McKinney Avenue, Suite 1400
Dallas, Texas  75204-2429
Telephone:  (214) 740-1400
Telecopy:  (214) 740-1499

**ATTORNEYS FOR APPELLANT**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served upon the persons listed below in the manner indicated on the date indicated.

William J. Dunleavy
Law Offices of William J. Dunleavy, P.C.
825 Market Street
Building M, Suite 250
Allen, Texas 75013
*Via Efile.txcourts.gov*
*& Facsimile # 972-996-4501*

DATED this the 27th day of January, 2015.

*/s/ Jason P. Steed*
Jason P. Steed

2007861_1.DOCX / 8245.3